UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ISAAC L. DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | No. 06-CV-0178-MWL<br><br>ORDER FOR STIPULATED REMAND |

The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings. (Ct. Rec. 17). The parties have consented to proceed before a magistrate judge. (Ct. Rec. 6). After considering the stipulation

**IT IS ORDERED** that the above-captioned case be remanded to the Commissioner for further administrative proceedings. Upon remand, the Administrative Law Judge (ALJ) will update the record; evaluate plaintiff's mental impairment in accordance with the psychiatric review technique, providing specific findings and appropriate rationale for each of the four functional areas described in § 416.920a(c); evaluate plaintiff's obesity; reassess plaintiff's residual functional capacity, providing rational with specific

ORDER FOR STIPULATED REMAND - 1

references to evidence of record; in particular, consider plaintiff's ability to balance and any specific balancing limitations; obtain vocational expert testimony to clarify the effect of the assessed limitations on plaintiff's occupational base; and complete any other action necessary to develop the record and issue a new decision.

The court reverses the Commissioner's decision under sentence four of 42 U.S.C. 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED:** Judgment shall be entered for the **PLAINTIFF**. An application for attorney fees may be filed by separate motion. The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED this 30th day of November 2006.

/s/ Michael W. Leavitt

MICHAEL W. LEAVITT
UNITED STATE MAGISTRATE JUDGE