**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ISAAC L. DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____ | NO. CV-06-0178-MWL<br><br>**JUDGMENT IN A**<br>**CIVIL CASE** |

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered for **Plaintiff**.

**FILE CLOSED.**

DATED this 30th day of November, 2006.

                                    JAMES R. LARSEN
                                    District Court Executive/Clerk


                                        s/ Alma R. Gonzalez
                                by: _____
                                    ALMA R. GONZALEZ
                                    Deputy Clerk

cc: all counsel